UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NOEL DEAN (#309740)

VERSUS

HOWARD PRINCE, ET AL

CIVIL ACTION

NUMBER 10-107-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the plaintiff's complaint shall be dismissed without prejudice for failure to exhaust available administrative remedies pursuant to 42 U.S.C. §1997e(a), and with prejudice to refiling them in forma pauperis.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, April 14, 2010.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46691