UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NOEL DEAN (#309740)

VERSUS

HOWARD PRINCE, ET AL

CIVIL ACTION

NUMBER 10-107-FJP-SCR

J U D G M E N T

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered, dismissing the plaintiff's complaint without prejudice for failure to exhaust available administrative remedies pursuant to 42 U.S.C. §1997e(a), and with prejudice to refiling them in forma pauperis.

Baton Rouge, Louisiana, April 14, 2010.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46691